AO 240 (Rev 9/96)

# United States District Court

### DISTRICT OF COLUMBIA

FILED
DEC 1 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MUSTAFA A. ABDULLAH
Plaintiff

v.

U.S. ATTORNEY GENERAL, et al.
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 07 2225

I, Mustafa A. Abdullah, declare that I am the (check appropriate box)

[x] petitioner/plaintiff/movant    [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    [x] Yes    [ ] No    (If "No" go to Part 2)

    If "Yes" state the place of your incarceration  USMCFP SPRINGFIELD

    Are you employed at the institution? YES    Do you receive any payment from the institution? YES

    Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    [x] Yes    [ ] No

    a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

    a. Business, profession or other self-employment        [ ] Yes  [x] No
    b. Rent payments, interest or dividends                 [ ] Yes  [x] No
    c. Pensions, annuities or life insurance payments       [ ] Yes  [x] No
    d. Disability or workers compensation payments          [ ] Yes  [x] No
    e. Gifts or inheritances                                [x] Yes  [ ] No
    f. Any other sources                                    [x] Yes  [ ] No

    If the answer to any of the above is "Yes" describe each source of money and state the amount received and

RECEIVED
NOV 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

AO 240 (Rev. 9/96)

4. Do you have any cash or checking or savings accounts?  ☐ Yes  ☒ No

If "Yes" state the total amount _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☒ No

If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

    N/A

I declare under penalty of perjury that the above information is true and correct.

9/24/07
DATE

_____
SIGNATURE OF APPLICANT

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ 166.95 on account to his/her credit at (name of institution) Medical Center for Federal Prisoners, Springfield Missouri. I further certify that the applicant has the following securities to his/her credit ∅ . I further certify that during the past six months the applicant's average balance was $ 216.06.

9-25-07
DATE

Sloria Carriger, Case Manager
SIGNATURE OF AUTHORIZED OFFICER

# Inmate Statement

| Inmate Reg #: | 05386045 | Current Institution: | Springfield MCFP |
| --- | --- | --- | --- |
| Inmate Name: | ABDULLAH, MUSTAFA | Housing Unit: | SPG-W-C |
| Report Date: | 09/25/2007 | Living Quarters: | W03-045L |
| Report Time: | 12:16:12 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| SPG | 9/25/2007 6:02:15 AM | TFN0925 | | | Phone Withdrawal | ($1.00) | | $66.95 |
| SPG | 9/21/2007 12:06:25 PM | 33325507 | | | Western Union | $50.00 | | $67.95 |
| SPG | 9/21/2007 6:05:59 AM | TFN0921 | | | Phone Withdrawal | ($1.00) | | $17.95 |
| SPG | 9/20/2007 6:04:26 AM | TFN0920 | | | Phone Withdrawal | ($1.00) | | $18.95 |
| SPG | 9/19/2007 6:03:54 AM | TFN0919 | | | Phone Withdrawal | ($1.00) | | $19.95 |
| SPG | 9/18/2007 6:07:33 AM | TFN0918 | | | Phone Withdrawal | ($2.00) | | $20.95 |
| SPG | 9/17/2007 10:59:59 AM | TFN0917 | | | Phone Withdrawal | ($2.00) | | $22.95 |
| SPG | 9/17/2007 6:01:56 AM | TFN0917 | | | Phone Withdrawal | ($1.00) | | $24.95 |
| SPG | 9/15/2007 10:15:17 AM | TFN0915 | | | Phone Withdrawal | ($2.00) | | $25.95 |
| SPG | 9/15/2007 6:01:32 AM | TFN0915 | | | Phone Withdrawal | ($1.00) | | $27.95 |
| SPG | 9/14/2007 8:24:53 PM | TFN0914 | | | Phone Withdrawal | ($1.00) | | $28.95 |
| SPG | 9/13/2007 6:17:01 AM | TFN0913 | | | Phone Withdrawal | ($1.00) | | $29.95 |
| SPG | 9/12/2007 8:58:41 PM | TFN0912 | | | Phone Withdrawal | ($1.00) | | $30.95 |
| SPG | 9/11/2007 8:58:35 PM | TFN0911 | | | Phone Withdrawal | ($1.00) | | $31.95 |
| SPG | 9/11/2007 8:52:13 PM | TFN0911 | | | Phone Withdrawal | ($1.00) | | $32.95 |
| SPG | 9/11/2007 6:50:21 PM | 101 | | | Sales | ($13.95) | | $33.95 |
| SPG | 9/10/2007 8:59:51 PM | TFN0910 | | | Phone Withdrawal | ($1.00) | | $47.90 |
| SPG | 9/9/2007 8:24:29 PM | TFN0909 | | | Phone Withdrawal | ($2.00) | | $48.90 |
| SPG | 9/8/2007 6:28:52 AM | TFN0908 | | | Phone Withdrawal | ($1.00) | | $50.90 |
| SPG | 9/7/2007 9:31:16 PM | TFN0907 | | | Phone Withdrawal | ($2.00) | | $51.90 |
| SPG | 9/7/2007 2:52:13 PM | 0115 | | | FRP Monthly Pymt | ($50.00) | | $53.90 |
| SPG | 9/7/2007 2:48:53 PM | GIPP0807 | | | Payroll - IPP | $16.56 | | $103.90 |
| SPG | 9/7/2007 2:48:23 PM | GIPP0807 | | | Payroll - IPP | $46.69 | | $87.34 |
| SPG | 9/7/2007 6:08:51 AM | TFN0907 | | | Phone Withdrawal | ($3.00) | | $40.65 |
| SPG | 9/5/2007 2:44:26 PM | TFN0905 | | | Phone Withdrawal | ($3.00) | | $43.65 |
| SPG | 9/4/2007 8:52:50 PM | TFN0904 | | | Phone Withdrawal | ($1.00) | | $46.65 |
| SPG | 9/4/2007 8:43:54 PM | TFN0904 | | | Phone Withdrawal | ($1.00) | | $47.65 |
| SPG | 9/4/2007 6:58:14 PM | 112 | | | Sales | ($31.70) | | $48.65 |
| SPG | 9/3/2007 7:01:00 AM | TFN0903 | | | Phone Withdrawal | ($6.00) | | $80.35 |
| SPG | 9/3/2007 6:05:10 AM | 33324107 | | | Western Union | $80.00 | | $86.35 |
| SPG | 9/2/2007 2:26:40 PM | TFN0902 | | | Phone Withdrawal | ($5.00) | | $6.35 |
| SPG | 9/2/2007 8:58:14 AM | TFN0902 | | | Phone Withdrawal | ($5.00) | | $11.35 |
| SPG | 9/1/2007 8:36:51 PM | TFN0901 | | | Phone Withdrawal | ($9.00) | | $16.35 |
| SPG | 9/1/2007 6:16:59 AM | TFN0901 | | | Phone Withdrawal | ($10.00) | | $25.35 |
| SPG | 8/30/2007 6:09:58 AM | TFN0830 | | | Phone Withdrawal | ($3.00) | | $35.35 |

| | | | | | |
|---|---|---|---|---|---|
| SPG | 8/28/2007 5:24:14 PM | 46 | Sales | ($13.95) | $38.35 |
| SPG | 8/26/2007 6:32:43 AM | TFN0826 | Phone Withdrawal | ($1.00) | $52.30 |
| SPG | 8/23/2007 6:05:39 AM | TFN0823 | Phone Withdrawal | ($1.00) | $53.30 |
| SPG | 8/21/2007 4:59:26 PM | 34 | Sales | ($5.35) | $54.30 |
| SPG | 8/21/2007 6:17:32 AM | TFN0821 | Phone Withdrawal | ($1.00) | $59.65 |
| SPG | 8/20/2007 10:06:04 AM | 33323107 | Western Union | $50.00 | $60.65 |
| SPG | 8/19/2007 6:34:39 AM | TFN0819 | Phone Withdrawal | ($1.00) | $10.65 |
| SPG | 8/18/2007 3:52:01 PM | TFN0818 | Phone Withdrawal | ($1.00) | $11.65 |
| SPG | 8/17/2007 8:32:55 PM | TFN0817 | Phone Withdrawal | ($1.00) | $12.65 |
| SPG | 8/17/2007 6:06:04 AM | TFN0817 | Phone Withdrawal | ($1.00) | $13.65 |
| SPG | 8/16/2007 6:07:41 AM | TFN0816 | Phone Withdrawal | ($1.00) | $14.65 |
| SPG | 8/14/2007 5:40:15 PM | 56 | Sales | ($29.65) | $15.65 |
| SPG | 8/13/2007 12:04:13 PM | 12 | Sales | ($9.45) | $45.30 |
| SPG | 8/9/2007 3:28:37 PM | 39100594 | FRP Monthly Pymt | ($50.00) | $54.75 |
| SPG | 8/9/2007 3:25:22 PM | GIPP0707 | Payroll - IPP | $15.84 | $104.75 |

1 2 3 4 5 6 7 8

**Total Transactions: 358**

**Totals:** ($333.64)  $0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| SPG | $66.95 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $66.95 |
| **Totals:** | **$66.95** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$66.95** |

# Inmate Statement

| | | |
|---|---|---|
| Inmate Reg #: | 05386045 | Current Institution: Springfield MCFP |
| Inmate Name: | ABDULLAH, MUSTAFA | Housing Unit: SPG-W-C |
| Report Date: | 09/25/2007 | Living Quarters: W03-045L |
| Report Time: | 12:16:32 PM | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| SPG | 8/9/2007 3:24:52 PM | GIPP0707 | | | Payroll - IPP | $44.66 | | $88.91 |
| SPG | 8/7/2007 5:52:57 PM | 73 | | | Sales | ($17.10) | | $44.25 |
| SPG | 8/6/2007 11:51:24 AM | 15 | | | Sales | ($20.25) | | $61.35 |
| SPG | 8/6/2007 11:02:13 AM | TFN0806 | | | Phone Withdrawal | ($20.00) | | $81.60 |
| SPG | 8/6/2007 10:07:11 AM | 33322107 | | | Western Union | $100.00 | | $101.60 |
| SPG | 8/6/2007 6:29:59 AM | TFN0806 | | | Phone Withdrawal | ($1.00) | | $1.60 |
| SPG | 8/5/2007 6:45:18 AM | TFN0805 | | | Phone Withdrawal | ($7.00) | | $2.60 |
| SPG | 8/5/2007 6:00:49 AM | TFN0805 | | | Phone Withdrawal | ($2.00) | | $9.60 |
| SPG | 8/4/2007 5:39:10 PM | TFN0804 | | | Phone Withdrawal | ($2.00) | | $11.60 |
| SPG | 8/4/2007 7:59:59 AM | TFN0804 | | | Phone Withdrawal | ($2.00) | | $13.60 |
| SPG | 8/3/2007 6:49:44 PM | TFN0803 | | | Phone Withdrawal | ($5.00) | | $15.60 |
| SPG | 8/2/2007 7:01:55 AM | TFN0802 | | | Phone Withdrawal | ($10.00) | | $20.60 |
| SPG | 8/2/2007 6:01:37 AM | TFN0802 | | | Phone Withdrawal | ($6.00) | | $30.60 |
| SPG | 8/1/2007 6:09:27 PM | 78 | | | Sales | ($49.10) | | $36.60 |
| SPG | 8/1/2007 2:11:31 PM | 33321807 | | | Western Union | $80.00 | | $85.70 |
| SPG | 8/1/2007 10:53:13 AM | TFN0801 | | | Phone Withdrawal | ($1.00) | | $5.70 |
| SPG | 7/31/2007 4:47:27 PM | TFN0731 | | | Phone Withdrawal | ($1.00) | | $6.70 |
| SPG | 7/24/2007 6:09:34 PM | 100 | | | Sales | ($4.00) | | $7.70 |
| SPG | 7/22/2007 6:28:47 AM | TFN0722 | | | Phone Withdrawal | ($1.00) | | $11.70 |
| SPG | 7/20/2007 6:24:11 AM | TFN0720 | | | Phone Withdrawal | ($1.00) | | $12.70 |
| SPG | 7/19/2007 6:14:21 AM | TFN0719 | | | Phone Withdrawal | ($1.00) | | $13.70 |
| SPG | 7/18/2007 6:35:15 AM | TFN0718 | | | Phone Withdrawal | ($1.00) | | $14.70 |
| SPG | 7/17/2007 6:17:36 PM | 107 | | | Sales | ($15.35) | | $15.70 |
| SPG | 7/17/2007 6:24:40 AM | TFN0717 | | | Phone Withdrawal | ($1.00) | | $31.05 |
| SPG | 7/16/2007 6:02:42 AM | TFN0716 | | | Phone Withdrawal | ($1.00) | | $32.05 |
| SPG | 7/15/2007 6:30:39 AM | TFN0715 | | | Phone Withdrawal | ($1.00) | | $33.05 |
| SPG | 7/13/2007 6:09:47 AM | TFN0713 | | | Phone Withdrawal | ($1.00) | | $34.05 |
| SPG | 7/12/2007 6:14:39 AM | TFN0712 | | | Phone Withdrawal | ($1.00) | | $35.05 |
| SPG | 7/11/2007 10:27:27 PM | TFN0711 | | | Phone Withdrawal | ($1.00) | | $36.05 |
| SPG | 7/10/2007 11:05:48 PM | TFN0710 | | | Phone Withdrawal | ($1.00) | | $37.05 |
| SPG | 7/10/2007 7:19:06 PM | 105 | | | Sales | ($12.00) | | $38.05 |
| SPG | 7/10/2007 3:27:57 PM | 39100588 | | | FRP Monthly Pymt | ($50.00) | | $50.05 |
| SPG | 7/10/2007 3:12:49 PM | GIPP0607 | | | Payroll - IPP | $15.12 | | $100.05 |
| SPG | 7/10/2007 3:12:18 PM | GIPP0607 | | | Payroll - IPP | $42.63 | | $84.93 |
| SPG | 7/9/2007 8:52:54 PM | TFN0709 | | | Phone Withdrawal | ($2.00) | | $42.30 |

| | | | | | | |
|---|---|---|---|---|---|---|
| SPG | 7/8/2007 8:48:23 PM | TFN0708 | | Phone Withdrawal | ($1.00) | $44.30 |
| SPG | 7/7/2007 10:23:35 AM | TFN0707 | | Phone Withdrawal | ($2.00) | $45.30 |
| SPG | 7/7/2007 6:13:51 AM | TFN0707 | | Phone Withdrawal | ($1.00) | $47.30 |
| SPG | 7/6/2007 6:06:41 AM | TFN0706 | | Phone Withdrawal | ($1.00) | $48.30 |
| SPG | 7/5/2007 10:27:23 PM | TFN0705 | | Phone Withdrawal | ($1.00) | $49.30 |
| SPG | 7/4/2007 1:42:09 PM | TFN0704 | | Phone Withdrawal | ($10.00) | $50.30 |
| SPG | 7/4/2007 6:52:23 AM | TFN0704 | | Phone Withdrawal | ($2.00) | $60.30 |
| SPG | 7/3/2007 7:19:59 PM | 90 | | Sales | ($17.70) | $62.30 |
| SPG | 7/3/2007 3:28:51 PM | TFN0703 | | Phone Withdrawal | ($5.00) | $80.00 |
| SPG | 7/3/2007 6:06:07 AM | 33319707 | | Western Union | $25.00 | $85.00 |
| SPG | 7/3/2007 6:01:39 AM | TFN0703 | | Phone Withdrawal | ($6.00) | $60.00 |
| SPG | 7/2/2007 11:51:33 AM | 25 | | Sales | ($54.60) | $66.00 |
| SPG | 7/2/2007 6:21:10 AM | TFN0702 | | Phone Withdrawal | ($7.00) | $120.60 |
| SPG | 7/1/2007 3:12:10 PM | TFN0701 | | Phone Withdrawal | ($10.00) | $127.60 |
| SPG | 7/1/2007 1:09:22 PM | 33319607 | | Western Union | $120.00 | $137.60 |

1 2 3 4 5 6 7 8

**Total Transactions: 358**

                                                         **Totals:**     **($333.64)**        **$0.00**

**Current Balances**

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| SPG | $66.95 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $66.95 |
| **Totals:** | **$66.95** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$66.95** |

# Inmate Statement

| | |  | | |
|---|---|---|---|---|
| **Inmate Reg #:** | 05386045 | | **Current Institution:** | Springfield MCFP |
| **Inmate Name:** | ABDULLAH, MUSTAFA | | **Housing Unit:** | SPG-W-C |
| **Report Date:** | 09/25/2007 | | **Living Quarters:** | W03-045L |
| **Report Time:** | 12:16:44 PM | | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| SPG | 7/1/2007 6:07:54 AM | TFN0701 | | | Phone Withdrawal | ($10.00) | | $17.60 |
| SPG | 6/26/2007 5:22:19 PM | 38 | | | Sales | ($33.40) | | $27.60 |
| SPG | 6/26/2007 7:01:31 AM | TFN0626 | | | Phone Withdrawal | ($1.00) | | $61.00 |
| SPG | 6/22/2007 6:09:18 AM | TFN0622 | | | Phone Withdrawal | ($1.00) | | $62.00 |
| SPG | 6/21/2007 6:42:10 AM | TFN0621 | | | Phone Withdrawal | ($1.00) | | $63.00 |
| SPG | 6/20/2007 11:03:32 AM | TFN0620 | | | Phone Withdrawal | ($1.00) | | $64.00 |
| SPG | 6/19/2007 5:01:05 PM | 24 | | | Sales | ($13.75) | | $65.00 |
| SPG | 6/18/2007 9:17:20 PM | TFN0618 | | | Phone Withdrawal | ($1.00) | | $78.75 |
| SPG | 6/18/2007 6:27:24 AM | TFN0618 | | | Phone Withdrawal | ($1.00) | | $79.75 |
| SPG | 6/17/2007 6:36:07 AM | TFN0617 | | | Phone Withdrawal | ($1.00) | | $80.75 |
| SPG | 6/16/2007 6:23:53 AM | TFN0616 | | | Phone Withdrawal | ($1.00) | | $81.75 |
| SPG | 6/15/2007 6:08:06 AM | TFN0615 | | | Phone Withdrawal | ($1.00) | | $82.75 |
| SPG | 6/13/2007 6:03:40 AM | TFN0613 | | | Phone Withdrawal | ($2.00) | | $83.75 |
| SPG | 6/12/2007 5:52:18 PM | 60 | | | Sales | ($18.45) | | $85.75 |
| SPG | 6/12/2007 6:07:23 AM | TFN0612 | | | Phone Withdrawal | ($1.00) | | $104.20 |
| SPG | 6/11/2007 6:17:34 AM | TFN0611 | | | Phone Withdrawal | ($1.00) | | $105.20 |
| SPG | 6/10/2007 8:51:11 PM | TFN0610 | | | Phone Withdrawal | ($1.00) | | $106.20 |
| SPG | 6/10/2007 7:37:44 AM | TFN0610 | | | Phone Withdrawal | ($1.00) | | $107.20 |
| SPG | 6/9/2007 10:27:17 PM | TFN0609 | | | Phone Withdrawal | ($1.00) | | $108.20 |
| SPG | 6/8/2007 9:32:33 PM | TFN0608 | | | Phone Withdrawal | ($1.00) | | $109.20 |
| SPG | 6/8/2007 6:09:07 AM | TFN0608 | | | Phone Withdrawal | ($1.00) | | $110.20 |
| SPG | 6/7/2007 9:26:09 PM | TFN0607 | | | Phone Withdrawal | ($1.00) | | $111.20 |
| SPG | 6/7/2007 6:12:06 AM | TFN0607 | | | Phone Withdrawal | ($1.00) | | $112.20 |
| SPG | 6/6/2007 9:28:35 PM | TFN0606 | | | Phone Withdrawal | ($1.00) | | $113.20 |
| SPG | 6/6/2007 9:22:37 PM | TFN0606 | | | Phone Withdrawal | ($1.00) | | $114.20 |
| SPG | 6/6/2007 1:24:26 PM | GIPP0507 | | | Payroll - IPP | $24.56 | | $115.20 |
| SPG | 6/6/2007 1:23:54 PM | GIPP0507 | | | Payroll - IPP | $46.69 | | $90.64 |
| SPG | 6/5/2007 10:09:01 PM | TFN0605 | | | Phone Withdrawal | ($1.00) | | $43.95 |
| SPG | 6/5/2007 5:51:29 PM | 56 | | | Sales | ($26.30) | | $44.95 |
| SPG | 6/5/2007 6:04:00 AM | TFN0605 | | | Phone Withdrawal | ($2.00) | | $71.25 |
| SPG | 6/4/2007 7:56:59 PM | TFN0604 | | | Phone Withdrawal | ($3.00) | | $73.25 |
| SPG | 6/4/2007 12:00:22 PM | 722 | | | SPO - Released | | $63.35 | -------- |
| SPG | 6/4/2007 12:00:22 PM | 30 | | | Sales | ($36.50) | | $76.25 |
| SPG | 6/4/2007 6:14:10 AM | TFN0604 | | | Phone Withdrawal | ($1.00) | | $112.75 |
| SPG | 6/3/2007 9:49:32 PM | TFN0603 | | | Phone Withdrawal | ($4.00) | | $113.75 |

| | | | | | | |
|---|---|---|---|---|---|---|
| SPG | 6/3/2007 6:26:14 AM | TFN0603 | | Phone Withdrawal | ($2.00) | $117.75 |
| SPG | 6/2/2007 7:12:45 PM | TFN0602 | | Phone Withdrawal | ($10.00) | $119.75 |
| SPG | 6/2/2007 9:06:14 AM | TFN0602 | | Phone Withdrawal | ($10.00) | $129.75 |
| SPG | 6/1/2007 7:29:23 PM | TFN0601 | | Phone Withdrawal | ($10.00) | $139.75 |
| SPG | 6/1/2007 1:11:14 PM | 33317507 | | Western Union | $80.00 | $149.75 |
| SPG | 6/1/2007 6:50:52 AM | TFN0601 | | Phone Withdrawal | ($2.00) | $69.75 |
| SPG | 5/30/2007 6:12:52 AM | TFN0530 | | Phone Withdrawal | ($3.00) | $71.75 |
| SPG | 5/29/2007 6:04:33 AM | TFN0529 | | Phone Withdrawal | ($1.00) | $74.75 |
| SPG | 5/27/2007 6:10:15 AM | TFN0527 | | Phone Withdrawal | ($1.00) | $75.75 |
| SPG | 5/26/2007 6:16:50 AM | TFN0526 | | Phone Withdrawal | ($1.00) | $76.75 |
| SPG | 5/24/2007 8:55:37 PM | TFN0524 | | Phone Withdrawal | ($1.00) | $77.75 |
| SPG | 5/23/2007 8:29:58 PM | TFN0523 | | Phone Withdrawal | ($1.00) | $78.75 |
| SPG | 5/23/2007 6:29:48 AM | TFN0523 | | Phone Withdrawal | ($1.00) | $79.75 |
| SPG | 5/22/2007 6:14:58 PM | 92 | | Sales | ($6.20) | $80.75 |
| SPG | 5/22/2007 6:10:56 AM | TFN0522 | | Phone Withdrawal | ($1.00) | $86.95 |

1 2 3 4 5 6 7 8

**Total Transactions: 358**

**Totals:** ($333.64)   $0.00

**Current Balances**

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| SPG | $66.95 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $66.95 |
| **Totals:** | **$66.95** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$66.95** |

## Inmate Statement

| Inmate Reg #: | 05386045 | Current Institution: | Springfield MCFP |
|---|---|---|---|
| Inmate Name: | ABDULLAH, MUSTAFA | Housing Unit: | SPG-W-C |
| Report Date: | 09/25/2007 | Living Quarters: | W03-045L |
| Report Time: | 12:17:04 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| SPG | 5/20/2007 9:47:00 PM | TFN0520 | | | Phone Withdrawal | ($1.00) | | $87.95 |
| SPG | 5/20/2007 7:12:53 AM | TFN0520 | | | Phone Withdrawal | ($1.00) | | $88.95 |
| SPG | 5/18/2007 7:30:15 PM | TFN0518 | | | Phone Withdrawal | ($2.00) | | $89.95 |
| SPG | 5/18/2007 6:08:27 AM | TFN0518 | | | Phone Withdrawal | ($1.00) | | $91.95 |
| SPG | 5/17/2007 8:51:28 PM | TFN0517 | | | Phone Withdrawal | ($1.00) | | $92.95 |
| SPG | 5/16/2007 8:48:52 PM | TFN0516 | | | Phone Withdrawal | ($1.00) | | $93.95 |
| SPG | 5/16/2007 10:18:08 AM | 722 | | | SPO | | ($63.35) | -------- |
| SPG | 5/15/2007 3:27:23 PM | TFN0515 | | | Phone Withdrawal | ($1.00) | | $94.95 |
| SPG | 5/14/2007 2:36:49 PM | TFN0514 | | | Phone Withdrawal | ($2.00) | | $95.95 |
| SPG | 5/13/2007 7:19:21 PM | TFN0513 | | | Phone Withdrawal | ($2.00) | | $97.95 |
| SPG | 5/12/2007 6:10:09 AM | TFN0512 | | | Phone Withdrawal | ($1.00) | | $99.95 |
| SPG | 5/11/2007 6:42:04 AM | TFN0511 | | | Phone Withdrawal | ($4.00) | | $100.95 |
| SPG | 5/11/2007 6:36:21 AM | TFN0511 | | | Phone Withdrawal | ($1.00) | | $104.95 |
| SPG | 5/10/2007 6:46:57 AM | TFN0510 | | | Phone Withdrawal | ($1.00) | | $105.95 |
| SPG | 5/9/2007 10:16:04 PM | TFN0509 | | | Phone Withdrawal | ($1.00) | | $106.95 |
| SPG | 5/9/2007 6:21:18 AM | TFN0509 | | | Phone Withdrawal | ($1.00) | | $107.95 |
| SPG | 5/8/2007 8:57:21 PM | TFN0508 | | | Phone Withdrawal | ($1.00) | | $108.95 |
| SPG | 5/8/2007 8:51:17 PM | TFN0508 | | | Phone Withdrawal | ($1.00) | | $109.95 |
| SPG | 5/8/2007 6:37:41 PM | 110 | | | Sales | ($1.30) | | $110.95 |
| SPG | 5/8/2007 6:36:33 PM | 109 | | | Sales | ($15.60) | | $112.25 |
| SPG | 5/8/2007 1:05:29 PM | GIPP0407 | | | Payroll - IPP | $20.12 | | $127.85 |
| SPG | 5/8/2007 1:04:57 PM | GIPP0407 | | | Payroll - IPP | $42.63 | | $107.73 |
| SPG | 5/7/2007 8:24:22 PM | TFN0507 | | | Phone Withdrawal | ($4.00) | | $65.10 |
| SPG | 5/7/2007 11:37:54 AM | 12 | | | Sales | ($42.90) | | $69.10 |
| SPG | 5/7/2007 11:07:40 AM | 33315607 | | | Western Union | $80.00 | | $112.00 |
| SPG | 5/7/2007 6:12:59 AM | TFN0507 | | | Phone Withdrawal | ($1.00) | | $32.00 |
| SPG | 5/6/2007 8:48:30 PM | TFN0506 | | | Phone Withdrawal | ($1.00) | | $33.00 |
| SPG | 5/6/2007 11:37:47 AM | TFN0506 | | | Phone Withdrawal | ($2.00) | | $34.00 |
| SPG | 5/5/2007 10:10:37 PM | TFN0505 | | | Phone Withdrawal | ($1.00) | | $36.00 |
| SPG | 5/5/2007 2:24:53 PM | TFN0505 | | | Phone Withdrawal | ($3.00) | | $37.00 |
| SPG | 5/4/2007 2:11:58 PM | TFN0504 | | | Phone Withdrawal | ($4.00) | | $40.00 |
| SPG | 5/4/2007 6:38:45 AM | TFN0504 | | | Phone Withdrawal | ($2.00) | | $44.00 |
| SPG | 5/3/2007 9:59:55 PM | TFN0503 | | | Phone Withdrawal | ($1.00) | | $46.00 |
| SPG | 5/3/2007 9:53:35 PM | TFN0503 | | | Phone Withdrawal | ($1.00) | | $47.00 |
| SPG | 5/2/2007 9:55:03 PM | TFN0502 | | | Phone Withdrawal | ($4.00) | | $48.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| SPG | 5/2/2007 3:32:54 PM | TFN0502 | | Phone Withdrawal | ($2.00) | $52.00 |
| SPG | 5/1/2007 6:37:40 PM | 92 | | Sales | ($37.10) | $54.00 |
| SPG | 5/1/2007 11:14:31 AM | TFN0501 | | Phone Withdrawal | ($10.00) | $91.10 |
| SPG | 5/1/2007 9:06:25 AM | 33315207 | | Western Union | $100.00 | $101.10 |
| SPG | 5/1/2007 6:01:40 AM | TFN0501 | | Phone Withdrawal | ($2.00) | $1.10 |
| SPG | 4/24/2007 6:31:33 PM | 99 | | Sales | ($32.80) | $3.10 |
| SPG | 4/20/2007 6:08:51 AM | TFN0420 | | Phone Withdrawal | ($1.00) | $35.90 |
| SPG | 4/18/2007 9:50:21 PM | TFN0418 | | Phone Withdrawal | ($1.00) | $36.90 |
| SPG | 4/17/2007 10:22:32 PM | TFN0417 | | Phone Withdrawal | ($1.00) | $37.90 |
| SPG | 4/17/2007 6:42:49 PM | 120 | | Sales | ($31.65) | $38.90 |
| SPG | 4/17/2007 6:22:16 AM | TFN0417 | | Phone Withdrawal | ($1.00) | $70.55 |
| SPG | 4/16/2007 6:04:12 AM | TFN0416 | | Phone Withdrawal | ($1.00) | $71.55 |
| SPG | 4/14/2007 8:18:10 AM | TFN0414 | | Phone Withdrawal | ($1.00) | $72.55 |
| SPG | 4/13/2007 6:13:46 AM | TFN0413 | | Phone Withdrawal | ($1.00) | $73.55 |
| SPG | 4/12/2007 10:20:52 PM | TFN0412 | | Phone Withdrawal | ($1.00) | $74.55 |

1 2 3 4 5 6 7 8

Total Transactions: 358

**Totals:** ($333.64) $0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| SPG | $66.95 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $66.95 |
| **Totals:** | **$66.95** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$66.95** |

# Inmate Statement

| Inmate Reg #: | 05386045 | Current Institution: | Springfield MCFP |
|---|---|---|---|
| Inmate Name: | ABDULLAH, MUSTAFA | Housing Unit: | SPG-W-C |
| Report Date: | 09/25/2007 | Living Quarters: | W03-045L |
| Report Time: | 12:18:00 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| SPG | 4/12/2007 6:52:40 AM | TFN0412 | | | Phone Withdrawal | ($1.00) | | $75.55 |
| SPG | 4/11/2007 8:45:19 PM | TFN0411 | | | Phone Withdrawal | ($1.00) | | $76.55 |
| SPG | 4/11/2007 7:08:31 AM | TFN0411 | | | Phone Withdrawal | ($1.00) | | $77.55 |
| SPG | 4/10/2007 10:39:50 PM | TFN0410 | | | Phone Withdrawal | ($1.00) | | $78.55 |
| SPG | 4/10/2007 6:43:22 PM | 93 | | | Sales | ($42.50) | | $79.55 |
| SPG | 4/10/2007 6:03:13 AM | TFN0410 | | | Phone Withdrawal | ($1.00) | | $122.05 |
| SPG | 4/9/2007 7:59:13 PM | TFN0409 | | | Phone Withdrawal | ($1.00) | | $123.05 |
| SPG | 4/9/2007 2:02:57 PM | GIPP0307 | | | Payroll - IPP | $21.20 | | $124.05 |
| SPG | 4/9/2007 2:02:22 PM | GIPP0307 | | | Payroll - IPP | $44.66 | | $102.85 |
| SPG | 4/9/2007 12:12:29 PM | 15 | | | Sales | ($28.85) | | $58.19 |
| SPG | 4/9/2007 6:22:57 AM | TFN0409 | | | Phone Withdrawal | ($1.00) | | $87.04 |
| SPG | 4/8/2007 9:35:02 PM | TFN0408 | | | Phone Withdrawal | ($1.00) | | $88.04 |
| SPG | 4/8/2007 6:13:25 AM | TFN0408 | | | Phone Withdrawal | ($1.00) | | $89.04 |
| SPG | 4/6/2007 11:52:23 AM | TFN0406 | | | Phone Withdrawal | ($10.00) | | $90.04 |
| SPG | 4/6/2007 6:07:10 AM | TFN0406 | | | Phone Withdrawal | ($1.00) | | $100.04 |
| SPG | 4/5/2007 11:33:21 AM | TFN0405 | | | Phone Withdrawal | ($3.00) | | $101.04 |
| SPG | 4/5/2007 6:07:42 AM | TFN0405 | | | Phone Withdrawal | ($1.00) | | $104.04 |
| SPG | 4/4/2007 7:54:00 PM | TFN0404 | | | Phone Withdrawal | ($5.00) | | $105.04 |
| SPG | 4/4/2007 10:57:26 AM | TFN0404 | | | Phone Withdrawal | ($5.00) | | $110.04 |
| SPG | 4/3/2007 9:15:12 PM | TFN0403 | | | Phone Withdrawal | ($5.00) | | $115.04 |
| SPG | 4/3/2007 7:05:01 PM | 90 | | | Sales | ($95.25) | | $120.04 |
| SPG | 4/2/2007 5:12:24 PM | 33313107 | | | Western Union | $150.00 | | $215.29 |
| SPG | 4/2/2007 10:50:46 AM | TFN0402 | | | Phone Withdrawal | ($10.00) | | $65.29 |
| SPG | 4/2/2007 6:57:37 AM | TFN0402 | | | Phone Withdrawal | ($2.00) | | $75.29 |
| SPG | 4/1/2007 9:49:34 AM | TFN0401 | | | Phone Withdrawal | ($5.00) | | $77.29 |
| SPG | 4/1/2007 6:23:10 AM | TFN0401 | | | Phone Withdrawal | ($5.00) | | $82.29 |
| SPG | 3/23/2007 6:25:08 AM | TFN0323 | | | Phone Withdrawal | ($1.00) | | $87.29 |
| SPG | 3/20/2007 6:38:10 PM | 103 | | | Sales | ($72.45) | | $88.29 |
| SPG | 3/17/2007 6:42:28 AM | TFN0317 | | | Phone Withdrawal | ($1.00) | | $160.74 |
| SPG | 3/15/2007 6:42:17 AM | TFN0315 | | | Phone Withdrawal | ($2.00) | | $161.74 |
| SPG | 3/15/2007 6:06:51 AM | TFN0315 | | | Phone Withdrawal | ($1.00) | | $163.74 |
| SPG | 3/14/2007 6:36:00 AM | TFN0314 | | | Phone Withdrawal | ($1.00) | | $164.74 |
| SPG | 3/13/2007 6:46:56 PM | 108 | | | Sales | ($87.35) | | $165.74 |
| SPG | 3/13/2007 6:00:55 AM | TFN0313 | | | Phone Withdrawal | ($1.00) | | $253.09 |
| SPG | 3/12/2007 10:07:28 AM | 33311607 | | | Western Union | $150.00 | | $254.09 |

| Alpha Code | Date | Reference | Description | Amount | Balance |
|---|---|---|---|---|---|
| SPG | 3/12/2007 9:47:39 AM | GIPP0207 | Payroll - IPP | $23.00 | $104.09 |
| SPG | 3/12/2007 9:47:09 AM | GIPP0207 | Payroll - IPP | $46.40 | $81.09 |
| SPG | 3/12/2007 6:27:06 AM | TFN0312 | Phone Withdrawal | ($1.00) | $34.69 |
| SPG | 3/11/2007 6:22:00 AM | TFN0311 | Phone Withdrawal | ($1.00) | $35.69 |
| SPG | 3/10/2007 9:30:19 PM | TFN0310 | Phone Withdrawal | ($1.00) | $36.69 |
| SPG | 3/10/2007 6:41:43 AM | TFN0310 | Phone Withdrawal | ($1.00) | $37.69 |
| SPG | 3/9/2007 11:36:51 AM | TFN0309 | Phone Withdrawal | ($2.00) | $38.69 |
| SPG | 3/9/2007 11:05:47 AM | 33311507 | Western Union | $40.00 | $40.69 |
| SPG | 3/8/2007 9:47:23 PM | TFN0308 | Phone Withdrawal | ($1.00) | $0.69 |
| SPG | 3/8/2007 6:01:40 AM | TFN0308 | Phone Withdrawal | ($1.00) | $1.69 |
| SPG | 3/7/2007 6:17:35 AM | TFN0307 | Phone Withdrawal | ($1.00) | $2.69 |
| SPG | 3/6/2007 6:15:19 PM | 85 | Sales | ($59.85) | $3.69 |
| SPG | 3/6/2007 3:30:49 PM | TFN0306 | Phone Withdrawal | ($1.00) | $63.54 |
| SPG | 3/6/2007 10:53:35 AM | TFN0306 | Phone Withdrawal | ($1.00) | $64.54 |
| SPG | 3/5/2007 11:47:15 AM | 445 | SPO - Released | $20.80 | -------- |

1 2 3 4 5 6 7 8

**Total Transactions: 358**

Totals: ($333.64) $0.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| SPG | $66.95 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $66.95 |
| **Totals:** | **$66.95** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$66.95** |

## Inmate Statement

| Inmate Reg #: | 05386045 | Current Institution: | Springfield MCFP |
| Inmate Name: | ABDULLAH, MUSTAFA | Housing Unit: | SPG-W-C |
| Report Date: | 09/25/2007 | Living Quarters: | W03-045L |
| Report Time: | 12:18:34 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| SPG | 3/5/2007 11:47:15 AM | 16 | | | Sales | ($20.80) | | $65.54 |
| SPG | 3/5/2007 11:06:02 AM | TFN0305 | | | Phone Withdrawal | ($3.00) | | $86.34 |
| SPG | 3/4/2007 10:50:31 PM | TFN0304 | | | Phone Withdrawal | ($1.00) | | $89.34 |
| SPG | 3/4/2007 8:42:35 PM | TFN0304 | | | Phone Withdrawal | ($2.00) | | $90.34 |
| SPG | 3/3/2007 7:05:27 AM | TFN0303 | | | Phone Withdrawal | ($10.00) | | $92.34 |
| SPG | 3/3/2007 6:21:30 AM | TFN0303 | | | Phone Withdrawal | ($2.00) | | $102.34 |
| SPG | 3/3/2007 5:23:51 AM | 70177901 | | | Lockbox - CD | $50.00 | | $104.34 |
| SPG | 3/2/2007 11:25:02 AM | TFN0302 | | | Phone Withdrawal | ($5.00) | | $54.34 |
| SPG | 3/2/2007 6:01:12 AM | TFN0302 | | | Phone Withdrawal | ($2.00) | | $59.34 |
| SPG | 3/1/2007 6:01:40 AM | TFN0301 | | | Phone Withdrawal | ($15.00) | | $61.34 |
| SPG | 2/27/2007 6:17:12 PM | 86 | | | Sales | ($43.40) | | $76.34 |
| SPG | 2/27/2007 6:07:23 AM | TFN0227 | | | Phone Withdrawal | ($1.00) | | $119.74 |
| SPG | 2/26/2007 11:57:05 AM | 349 | | | SPO - Released | | $21.75 | -------- |
| SPG | 2/26/2007 11:57:05 AM | 30 | | | Sales | ($18.10) | | $120.74 |
| SPG | 2/20/2007 6:49:26 PM | 104 | | | Sales | ($37.05) | | $138.84 |
| SPG | 2/18/2007 6:32:33 AM | TFN0218 | | | Phone Withdrawal | ($1.00) | | $175.89 |
| SPG | 2/16/2007 9:49:17 AM | 445 | | | SPO | | ($20.80) | -------- |
| SPG | 2/14/2007 10:52:22 AM | TFN0214 | | | Phone Withdrawal | ($2.00) | | $176.89 |
| SPG | 2/14/2007 6:22:19 AM | TFN0214 | | | Phone Withdrawal | ($1.00) | | $178.89 |
| SPG | 2/13/2007 7:28:18 PM | 109 | | | Sales | ($57.35) | | $179.89 |
| SPG | 2/12/2007 8:19:39 AM | GIPP0107 | | | Payroll - IPP | $23.00 | | $237.24 |
| SPG | 2/12/2007 8:19:15 AM | GIPP0107 | | | Payroll - IPP | $53.36 | | $214.24 |
| SPG | 2/11/2007 4:29:26 PM | TFN0211 | | | Phone Withdrawal | ($2.00) | | $160.88 |
| SPG | 2/11/2007 6:27:36 AM | TFN0211 | | | Phone Withdrawal | ($1.00) | | $162.88 |
| SPG | 2/10/2007 6:40:52 AM | TFN0210 | | | Phone Withdrawal | ($1.00) | | $163.88 |
| SPG | 2/9/2007 8:49:58 PM | TFN0209 | | | Phone Withdrawal | ($1.00) | | $164.88 |
| SPG | 2/9/2007 6:44:25 AM | TFN0209 | | | Phone Withdrawal | ($1.00) | | $165.88 |
| SPG | 2/8/2007 6:05:34 AM | 33309407 | | | Western Union | $100.00 | | $166.88 |
| SPG | 2/7/2007 4:35:12 PM | TFN0207 | | | Phone Withdrawal | ($4.00) | | $66.88 |
| SPG | 2/7/2007 6:44:18 AM | TFN0207 | | | Phone Withdrawal | ($1.00) | | $70.88 |
| SPG | 2/6/2007 6:22:05 PM | 73 | | | Sales | ($4.60) | | $71.88 |
| SPG | 2/6/2007 6:18:01 PM | 72 | | | Sales | ($95.95) | | $76.48 |
| SPG | 2/5/2007 7:19:13 PM | TFN0205 | | | Phone Withdrawal | ($10.00) | | $172.43 |
| SPG | 2/5/2007 6:08:34 AM | TFN0205 | | | Phone Withdrawal | ($4.00) | | $182.43 |
| SPG | 2/4/2007 6:54:59 AM | TFN0204 | | | Phone Withdrawal | ($5.00) | | $186.43 |

| | | | | | | |
|---|---|---|---|---|---|---|
| SPG | 2/4/2007 6:16:43 AM | TFN0204 | Phone Withdrawal | ($1.00) | | $191.43 |
| SPG | 2/3/2007 8:38:13 AM | TFN0203 | Phone Withdrawal | ($9.00) | | $192.43 |
| SPG | 2/3/2007 7:25:36 AM | TFN0203 | Phone Withdrawal | ($1.00) | | $201.43 |
| SPG | 2/2/2007 1:08:56 PM | 33309007 | Western Union | $100.00 | | $202.43 |
| SPG | 2/2/2007 7:05:33 AM | TFN0202 | Phone Withdrawal | ($10.00) | | $102.43 |
| SPG | 2/2/2007 6:17:56 AM | TFN0202 | Phone Withdrawal | ($2.00) | | $112.43 |
| SPG | 2/1/2007 10:59:07 AM | TFN0201 | Phone Withdrawal | ($10.00) | | $114.43 |
| SPG | 2/1/2007 7:04:20 AM | 33308907 | Western Union | $100.00 | | $124.43 |
| SPG | 1/31/2007 8:30:01 PM | TFN0131 | Phone Withdrawal | ($1.00) | | $24.43 |
| SPG | 1/26/2007 6:40:40 AM | TFN0126 | Phone Withdrawal | ($1.00) | | $25.43 |
| SPG | 1/23/2007 6:14:03 PM | 66 | Sales | ($25.95) | | $26.43 |
| SPG | 1/23/2007 2:03:56 PM | 349 | SPO | | ($21.75) | -------- |
| SPG | 1/22/2007 11:17:15 AM | 278 | SPO - Released | | $20.80 | -------- |
| SPG | 1/22/2007 11:17:15 AM | 1 | Sales | ($42.65) | | $52.38 |
| SPG | 1/22/2007 11:05:49 AM | TFN0122 | Phone Withdrawal | ($1.00) | | $95.03 |

1 2 3 4 5 6 7 8

**Total Transactions: 358**

**Totals:**   ($333.64)   $0.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| SPG | $66.95 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $66.95 |
| Totals: | $66.95 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $66.95 |